IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHIL OTIS CROSS                                            PLAINTIFF

v.            Civil No. 05-4009

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; NURSE TERRY
PORTER; and JEFF BLACK, Warden
Miller County Correctional Center                     DEFENDANTS

## **ORDER**

On November 10, 2005, defendants filed a motion for release of the plaintiff's medical records from the Arkansas Department of Correction (Doc. 33). Defendants state they have been advised that the records can only be obtained pursuant to a court order.

The defendants' motion is granted. In this case, the plaintiff contends, among other things, that he was denied adequate medical care when he was taken off his seizure medication for approximately three months. His medical history and medical records are relevant to the issues before the court. Accordingly, it is ordered that the medical records be produced to the defendants. Any cost associated with the production of the records will be borne by the defendants.

IT IS SO ORDERED this 14th day of November 2005.

                                                       /s/ Bobby E. Shepherd
                                                       UNITED STATES MAGISTRATE JUDGE