```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

**PHIL OTIS CROSS**                                                      PLAINTIFF

        **v.**        Civil No. 05-4009

**H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; NURSE TERRY
PORTER; and JEFF BLACK, Warden,
Miller County Correctional Center**                                      **DEFENDANTS**

## O R D E R

Now on this 14th day of February, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #30), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge, Defendants' Motion To Dismiss For Failure To Comply With A Court Order** is **denied**.

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE