IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHIL OTIS CROSS                                                  PLAINTIFF

                  v.                       Civil No. 05-4009

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; NURSE TERRY
PORTER; and JEFF BLACK, Warden
Miller County Correctional Center                                 DEFENDANTS

## **ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **April 14, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 22nd day of February 2006.

                                                           /s/ Bobby E. Shepherd
                                                           UNITED STATES MAGISTRATE JUDGE