IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHIL OTIS CROSS                                                                                                 PLAINTIFF

                  v.                           Civil No. 05-4009

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; NURSE TERRY
PORTER; and JEFF BLACK, Warden
Miller County Correctional Center                                                    DEFENDANTS

**O R D E R**

On February 22, 2006, defendants filed a motion to withdraw and substitute counsel (Doc. 39). The motion indicates Ms. Angela Echols will no longer be associated with the law firm of Bachelor & Newell and asks that C. Burt Newell be substituted as attorney of record for the defendants.

The motion further indicates that Mr. Newell is prepared to comply with all scheduling orders. The court notes that by order entered on February 22, 2006 (Doc. 38), defendants were directed to file a summary judgment motion by April 14, 2006. Given the representation that Mr. Newell is prepared to comply with all deadlines established by the court, the motion is granted.

IT IS SO ORDERED this 2nd day of March 2006.

                                                                              /s/ Bobby E. Shepherd
                                                                              UNITED STATES MAGISTRATE JUDGE