IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHIL OTIS CROSS                                                                      PLAINTIFF

v.                             Civil No. 05-4009

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; NURSE TERRY
PORTER; and JEFF BLACK, Warden
Miller County Correctional Center                                                    DEFENDANTS

## JUDGMENT

For the reasons stated in a Memorandum Opinion entered this same day, the Court finds the defendants' Motion for Summary Judgment (Doc. 49) should be and hereby is granted. This case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2007.

/s/ Jimm Larry Hendren
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)